UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RECEIVED
MAR 0 9 2015
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

Lisa Stratton

_____
(Name of the plaintiff or plaintiffs)

v.

I.Q.S Energy
Liberty Energy

_____
(Name of the defendant or defendants)

CIVIL ACTION

1:15-cv-02052
Judge Joan H. Lefkow
Magistrate Judge Jeffrey Cole

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **Lisa Stratton** of the county of **Cook** in the state of **Illinois**.

3. The defendant is **I.Q.S Energy/Liberty Energy**, whose street address is **410. S. Elgin**, (city) **Forest Pk** (county) **US** (state) **Ill** (ZIP) **60130**
(Defendant's telephone number) (**708**) **612-0044**

4. The plaintiff sought employment or was employed by the defendant at (street address) **410 S. Elgin Forest Pk** (city) **Forest Pk** (county) **Cook** (state) **Illinois** (ZIP code) **60130**

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month)_____, (day)_____, (year)_____.

7.1 **(*Choose paragraph 7.1 or 7.2, do not complete both.*)**

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has not* ☐ *has* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission, on or about

   (month)_____ (day)_____ (year)_____.

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ YES. ☑ **NO, but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

☐ Yes (month)_____ (day)_____ (year)_____

☒ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES   ☒ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES   ☒ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Don't need no Hendrick Indian working Here.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☐ Direct the defendant to re-employ the plaintiff.

   (c) ☐ Direct the defendant to promote the plaintiff.

   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☑ Direct the defendant to (specify): Pay any losses

_____

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Lisa Stratton_

(Plaintiff's name)

Lisa Stratton

(Plaintiff's street address)

4463 S Wells

_____

(City) Chicago   (State) Il   (ZIP) 60609

(Plaintiff's telephone number) (847) 769-1317

Date: 2/5/15

Get to Google faster. Update your default search engine.   Sure   No thanks   ✕


**Commercial and Industrial Sales**

Web  Maps  News  Images  Shopping  More ▾  Search tools

Sign in

About 25,000,000 results (0.21 seconds)

**Commercial & Industrial Sales - Home of the leading ...**
www.ci-sales.com/ ▾
A leading provider of HVAC equipment and sheet metal solutions, **Commercial Industrial Sales**, CIS, covers the Louisiana and Mississippi markets.
Google+ page  Be the first to review

4931 Bloomfield Street, New Orleans, LA 70121
(504) 818-0225

**Contact Us**
Contact Sales Staff at Commercial & Industrial Sales - CIS, owned ...

**Parts & Service**
Commercial & Industrial Sales - CIS Universal Parts and ...

**Manufacturers**
.. Vicksburg / Meridian. Not all manufacturers are represented ...

**CIS Opens Baton Rouge Sal...**
2014. CIS Opens New Sales Office in Baton Rouge, Louisiana

**About Commercial & Industri...**
Commercial & Industrial Sales is proud to be an Equal ...

**Carrier Selects Commercial ...**
Carrier Selects Commercial & Industrial Sales as the ...

More results from ci-sales.com »

**Commercial Industrial Sales & Marketing**
https://www.southerngas.org/index.php/marketing-section/192 ▾
The **Commercial/Industrial Sales** & Marketing Committee is responsible for the strategic planning and directing all activities related to the promotion and sale of ...

**Doors Commercial Industrial Sales Repair in New Orleans ...**
www.yellowpages.com › New Orleans, LA ▾ Yellowpages.com ▾
Results 1 - 6 of 6 - Find 6 listings related to Doors **Commercial Industrial Sales** Repair in New Orleans on YP.com. See reviews, photos, directions, phone numbers ...

**Commercial Industrial Sales New Orleans LA, 70121 ...**
www.manta.com › ... › Wholesale Air Conditioning Supplies and Parts ▾
Get information, directions, products, services, phone numbers, and reviews on **Commercial Industrial Sales** in New Orleans, LA. Discover more Warm Air ...

**Commercial Industrial Sales in New Orleans, LA 70121 ...**
businessfinder.nola.com/commercial-industrial-sales-new-orleans-la.html ▾
**Commercial Industrial Sales** at 4931 Bloomfield St, New Orleans, LA 70121.

**Commercial Industrial Supply: PVC Pipe, Fittings, Filtration ...**
www.commercial-industrial-supply.com/ ▾
CIS is a Leading Supplier / Distributor of PVC, CPVC, PVDF piping, fittings, duct, industrial filtration, contractor grade electrical products and more! We proudly .

**Wichita Industrial Sales - Wichita Falls, TX - Commercial ...**
https://www.facebook.com/wichitaindustrial ▾
Wichita **Industrial Sales**. Wichita Falls, TX. 2125 likes · 47 talking about this · 17 were here. Wichita **Industrial Sales** is the leading supplier to the...

Searches related to Commercial and Industrial Sales
industrial commercial **scales**
commercial industrial sales **llc**

1 2 3 4 5 6 7 8 9 10    **Next**

Rockford, IL - From your Internet address - Use precise location - Learn more

Help   Send feedback   Privacy   Terms


**Commercial Industrial Sales**   Directio
Commercial Real Estate Agency
**Address:** 4931 Bloomfield Street, New Orleans, LA 70121
**Phone:** (504) 818-0225

**Reviews**   Write a revi
Be the first to review
**More reviews:** htmlcorner.com

Are you the business owner?   Feed

https://www.google.com/search?sourceid=navclient&aq=hts&oq=Commercial+and+Industr...   3/8/2015

# Better Business Bureau®

Start With Trust | Online Complaint System

## Your Information

**Title:**
**First Name:** lisa
**Last Name:** stratton
**Country:** UNITED STATES
**Address:** 5240 . sheridan
**City/Town:** chicago
**State/Province/Region:** IL
**ZIP/Postal Code/Postcode:** 60640
**Daytime Phone:** 847-769-1377
**Email:** lisastratton@g-mail.com
**Age:** 48
**Gender:** Female

## Business Information

**Name:** Liberty Energy
**Address:** 933 Eloise Ave
**City:** South Lake Tahoe
**State:** CA
**Zip/Postal Code:** 96150

## Complaint Information

**Complaint Type:** Sales Issues
**Description of Complaint:** civil rights of employment
**Desired Settlement:** Other (requires explanation)
**Desired Outcome Description:** civil court case for civil rights of employment discrimnation

### HELP

Please review your complaint. If any information is inaccurate, you may return to the step in question and make corrections. All your information will be saved when you go back through the process. To go back to a previous step, click the step you want to go to in the progress bar at the top of this page.

The BBB of Northeast California will handle your complaint.

You may print this page for your records. You will also receive an email confirmation of your complaint.

You may print this information for your records. You will also receive an email confirmation of your complaint.

### Notice

THE TEXT OF YOUR COMPLAINT MAY BE PUBLICLY POSTED ON THE BBB WEB SITE (BBB reserves the right to not post in accordance with BBB policy). PLEASE DO NOT INCLUDE ANY PERSONALLY IDENTIFIABLE INFORMATION IN DESCRIBING THE NATURE OF YOUR COMPLAINT. BY SUBMITTING YOUR COMPLAINT, YOU ARE REPRESENTING THAT IT IS A TRUTHFUL ACCOUNT OF YOUR EXPERIENCE WITH THE BUSINESS. BBB MAY EDIT YOUR COMPLAINT TO PROTECT PRIVACY RIGHTS AND TO REMOVE INAPPROPRIATE LANGUAGE.

### Waivers

☐ I authorize the business to communicate with the BBB about my complaint and disclose to BBB any personal information related to the complaint including the following if applicable: (a) information about a transaction or payment, (b) student records, and (c) information about an alleged debt. (required)

If all of the above information is correct, click the Submit button below.

**Better Business Bureau®**  Start With Trust | Online Complaint System

BBB.org  Contact Us

| Step 1: Nature of Complaint | Step 2: Find Business | Step 3: Your Info | **Step 4: Your Complaint** | Step 5: Additional Details | Step 6: Review & Submit |

## Your Complaint

**Complaint Type:** (required)
[ Sales Issues ▾ ]

**Does your complaint involve a health issue?** (required)
○ Yes  ● No

**Complaint Description:** (required) Your description of the complaint will be publicly posted on a BBB website.

```
civil rights of employment
```

Chars Left: 2004

**SELECTED BUSINESS**

Liberty Energy
933 Eloise Ave
South Lake Tahoe
CA
96150

**HELP**

Now is the time to give us the details of your complaint and tell us how you'd like us to help you.

If you don't request a settlement, we will not publish your complaint.

**How would you like this matter resolved?** (required)
[ Other (requires explanation) ▾ ]

**Desired Settlement Description:** (required)

```
civil court case for civil rights of employment discrimnation
```

Chars Left: 439

**Better Business Bureau®**           Start With Trust | Online Complaint System

BBB.org   Contact Us

| Step 1: Nature of Complaint | Step 2: Find Business | Step 3: Your Information | Step 4: Your Complaint | Step 5: Additional Details | Step 6: Review & Submit |

## Your Selected Business

**Liberty Energy**
933 Eloise Ave
South Lake Tahoe, CA 96150

Or find a different business

**HELP**

You may search using a business name, a phone number, website URL or an email address.

Choose the business you'd like to file a complaint against from the list to the left. Use the "Select" button to select a business.

If you can't find the right business in the search results, you can add the business's information yourself using BBB's Business Information Form.

**Notice**

Your complaint information will be transferred to the BBB of Northeast California for handling. The local BBB which will handle your complaint has its own privacy policy. Please refer to it if you have any question about how your personal information will be used and stored. By clicking "continue" below, you acknowledge that the BBB is a U.S. organization, and you consent to the handling of your complaint and the processing of your personal data within the United States.

Their contact information is:

**BBB of Northeast California**
3075 Beacon Blvd.
West Sacramento, CA 95691-3462
(916)443-6843
galmond@necal.bbb.org

Cancel

## Council of Better Business Bureaus

Change Location

You searched *Businesses* for igs energy

Search Type: Name
Search by Category only (./?
type=category&input=igs+energy&location=&filter=business&accredited=&radius=5000&source=bbbse)

# Businesses

*2 businesses, ordered by relevance.*

### Related Searches   4

Energy Service Companies (1) (./?
type=category&input=Energy+Service+Companies&location=&filter=business&accredited=&radius=5000&tobid=87100-000&source=bbbse)

Extended Warranty Contract Service Companies (1) (./?
type=category&input=Extended+Warranty+Contract+Service+Companies&location=&filter=business&accredited=&radius=5000&tobid=65112-000&source=bbbse)

Natural Gas Companies (1) (./?
type=category&input=Natural+Gas+Companies&location=&filter=business&accredited=&radius=5000&tobid=70554-000&source=bbbse)

Electric Companies (1) (./?
type=category&input=Electric+Companies&location=&filter=business&accredited=&radius=5000&tobid=70544-000&source=bbbse)

| Business Name | BBB Accredited |
|---|---|
| *IGS Energy* (http://www.bbb.org/centralohio/business-reviews/energy-service-companies/igs-energy-in-dublin-oh-31000371)<br><br>aka Accent *Energy*<br><br>6100 Emerald Pkwy<br>Dublin, OH 43016 |  |

- **Read BBB's Report on this Business** (http://www.bbb.org/centralohio/business-reviews/energy-service-companies/igs-energy-in-dublin-oh-31000371)
- **File a Complaint** (https://www.bbb.org/file-a-complaint/?source=cibr&bbbid=0302&bid=31000371)
- **Request a Quote** (https://www.bbb.org/centralohio/quote/frombusiness/31000371/)
- **Submit a Customer Review** (http://www.bbb.org/centralohio/business-reviews/energy-service-companies/igs-energy-in-dublin-oh-31000371/add-review)

Category: **Energy Service Companies**

**Notice**

You are now leaving www.bbb.org to complete your complaint with BBB of Central Ohio online complaint system. The local BBB which will handle your complaint has its own privacy policy. Please refer to it if you have any question about how your personal information will be used and stored. By clicking "continue" below, you acknowledge that the BBB is a U.S. organization, and you consent to the handling of your complaint and the processing of your personal data within the United States.

Their contact information is:

**BBB of Central Ohio**
1169 Dublin Road
Columbus, OH 43215-1005
(614)486-6336
info@columbus-ohbbb.org

Cancel

**Better Business Bureau®**            Start With Trust | Online Complaint System

BBB.org   Contact Us

| Step 1: | Step 2: | Step 3 | Step 4: | Step 5: | Step 6: |
|---|---|---|---|---|---|
| Nature of Complaint | Find Business | Your Information | Your Complaint | Additional Details | Review & Submit |

Your Selected Business

**IGS Energy**
6100 Emerald Pkwy
Dublin, OH 43016

Or find a different business

**HELP**

You may search using a business name, a phone number, website URL or an email address.

Choose the business you'd like to file a complaint against from the list to the left. Use the "Select" button to select a business.

If you can't find the right business in the search results, you can add the business's information yourself using BBB's Business Information Form.

| Business Name | BBB Accredited |
|---|---|

*IGS Energy* Home Services (http://www.bbb.org/centralohio/business-reviews/extended-warranty-contract-service-companies/the-manchester-group-llc-in-dublin-oh-70012127)

aka The Manchester Group, LLC

6100 Emerald Pkwy
Dublin, OH 43016

- Read BBB's Report on this Business (http://www.bbb.org/centralohio/business-reviews/extended-warranty-contract-service-companies/the-manchester-group-llc-in-dublin-oh-70012127)
- File a Complaint (https://www.bbb.org/file-a-complaint/?source=cibr&bbbid=0302&bid=70012127)
- Request a Quote (https://www.bbb.org/centralohio/quote/frombusiness/70012127/)
- Submit a Customer Review (http://www.bbb.org/centralohio/business-reviews/extended-warranty-contract-service-companies/the-manchester-group-llc-in-dublin-oh-70012127/add-review)

Category: Extended Warranty Contract Service Companies

 (http://www.bbb.org/debt/)

 (http://www.bbb.org/council/news-events/lists/tips-sponsored-by-clearpoint-credit-counseling-solutions/)

 (http://protectyourselfie.org/)

Select Language ▼

- BBB Directory (/bbb-directory/)   Give.org (http://www.give.org/)   Contact (/council/about/contact/)
- Your Ad Choices (/council/about/privacy-policy/#adchoices)   Terms of Use (/council/about/terms-of-use/)
- Trademarks (/council/about/trademarks/)   Privacy Policy (/council/about/privacy-policy/)
- Fight Phishing (/council/consumer-education/fight-phishing/)  © 2015 Council of Better Business Bureaus

Facebook (https://www.facebook.com/BetterBusinessBureau) Twitter (https://twitter.com/bbb_us) LinkedIn (http://www.linkedin.com/groups?about=&gid=1917928&trk=anet_ug_grppro) Pinterest (http://pinterest.com/BBBConsumerNews/) Flickr (http://www.flickr.com/photos/bbb_us) YouTube (http://www.youtube.com/user/BBBconsumerTips) Foursquare (https://foursquare.com/v/council-of-better-business-bureaus/4f3d0cb7e4b02d5ef836e5e9) Google + (https://plus.google.com/u/0/b/104005038311737563586/104005038311737563586/posts)

**IGS ENERGY**
THE POWER OF TOMORROW.™

Enrollment Form
IGS Energy
P.O Box 9060
Dublin, OH 43017

Sales Representative _____ ID# _____

Date of transaction: _____ Time: _____ AM / PM  Confirmation # _____

Customer or Business Name _____

Account Holders Name (for Commercial Accts Only) _____

Service Address: _____

City: _____ State: _____ Zip: _____

Billing Address (if different): _____

City: _____ State: _____ Zip: _____

Account Holder's Ph#: ( _____ ) _____

Email Address _____

NICOR Gas Acct # ☐☐☐☐☐☐☐☐☐☐☐☐ ☐☐☐☐

ComEd Electric Acct# ☐☐ ☐☐☐ ☐☐☐☐☐☐☐☐☐☐

### Term Box

☐ Gas (Nicor)   ☐ Electric (ComEd)   ☑ Dual Products/Utilities   (Residential) or Commercial (circle one)

☑ Gas Fixed Rate of $ __54¢__ /Ccf   ☐ Gas Variable Cap Rate of _____ /Ccf   ☐ Gas Variable Rate:

☑ Electric Fixed Rate of $ __0.077__ /Kwh   ☐ Electric Variable Rate:   Check if Green Electric ☑

☐ Transmission Service Charge of $ __8.95__ /month during Electric Primary Term described below.

Electric Primary Term through __36__ Billing Cycle(s) or through my __Dec__, 20__17__ billing cycle whichever is applicable.

Gas Primary Term through __36__ Billing Cycle(s) or through my __Dec__, 20__17__ billing cycle whichever is applicable.
Primary Terms are applicable for Fixed Rates only

$_____ Early Termination Fee (Gas)   $_____ Early Termination Fee (Electric)

By enrolling with IGS as my retail electric supplier, you authorize your utility to provide your billing and usage data, including interval data used for non-billing purposes, to IGS.

Customer Initials _____

Print name: _____ Signature: _____ Date: _____
*Account Holder or Authorized Person*

### Disclosures

If I am a new customer to Interstate Gas Supply, Inc. (d/b/a "IGS Energy" or "IGS") this Agreement may be rescinded with no cancellation fee by contacting IGS at 1-888-993-0997 (for both gas and electric) or for natural gas, contacting Nicor at 1-888-642-6748 within ten business days after the utility processes my enrollment request ("Rescission Period"). IGS is an independent seller of power and energy service and is certified by the Illinois Commerce Commission ("ICC"). If I enroll in an IGS electric or natural gas product ("Commodity Product") my electric and natural gas utilities identified in the Term Box ("Utility") remains responsible for the delivery of power or natural gas to my premise and will continue to respond to any service calls and emergencies. Switching to IGS will not impact my electric or natural gas reliability. I will receive written notification from my Utility confirming my switch of electricity and/or natural gas supply to IGS. IGS will provide my electricity and/or natural gas commodity supply requirements for the account(s) that I am requesting enrollment. The Primary Term of this Agreement is described in the Term Box and, unless terminated by either party, will renew automatically as described in the Terms of Service on the reverse. IGS is not acting on behalf of my Utility, governmental bodies or consumer groups.

You, the buyer, may cancel this transaction at any time prior to midnight of the third business day after the date of this transaction. See the attached notice of cancellation for an explanation of this right.

### NOTICE OF CANCELLATION

Date: ___ / ___ / ___

You may cancel this transaction, without any penalty or obligation, within three business days from the above date. If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within ten business days following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled. If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk. If you do make the goods available to the seller and the seller does not pick them up within twenty days of the date of your notice of cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract. To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice, or send a telegram, to IGS, P.O. Box 9060, Dublin, OH 43017 not later than midnight of _____ (Date).

I hereby cancel this transaction.

Print Name: _____ Signature: _____ Date: _____

WHITE – IGS   YELLOW – Field Representative   PINK – Customer   GOLD – Customer

COMED NICOR D2D

2/10/2015    IGS Feedback | Contact IGS Energy, CNG Services & IGS Generation


IGS INTRODUCING GREAT SOLUTIONS

# Contact

Have questions? We can help. Simply call us at one of the telephone numbers listed below or submit your question via the form for a follow up from our highly trained energy consultants.



IGS

Resid
 877



