CC

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Lisa Stratton
(Please print)

STREET ADDRESS: 4463 S. Wells

CITY/STATE/ZIP: Chicago Ill 60609

PHONE NUMBER: 847-769-1377

CASE NUMBER: 1:15-cv-02052
Judge Joan H. Lefkow
Magistrate Judge Jeffrey Cole

Lisa Stratton                            2/5/15
Signature                                 Date

REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✓] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

Lisa.Stratton@e-mail.com
E-Mail Address
(Please Print Clearly)

FILED
MAR 0 9 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Updated 03/26/14